IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **Robert Lewis Jr.,** *on behalf of himself* *and others similarly situated*, | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| V. | ) ) | CASE:<u>1:25-cv-02757-SCJ</u> |
| **Key Digital Strategies LLC** | ) ) ) | **DEFENDANT'S MOTION TO DISMISS** |
| DEFENDANT. | ) | |

**<u>DEFENDANT KEY DIGITAL STRATEGIES LLC'S MOTION TO DISMISS</u>**

COMES NOW, Key Digital Strategies LLC ("Defendant"), the named Defendant in the above-styled action, by and through the undersigned counsel, and hereby files this *Defendant Key Digital Strategies LLC's Motion to Dismiss* ("Motion"), thereby requesting this Court to dismiss the above-styled action on the following grounds: (1) this Court lacks jurisdiction and venue due to Plaintiff consenting to resolving any and all disputes through arbitration in Tarrant County, Texas; and (2) Plaintiff has failed to state a claim upon which relief can be granted, as Plaintiff is not the alleged aggrieved party associated with Plaintiff's claims stated in the Complaint.

The grounds in support of this Motion are more fully set forth in Defendant Key Digital Strategies LLC's Memorandum in Support of Motion to Dismiss ("Memorandum"), which is filed simultaneously with this Motion. This Motion is

further supported by the facts set forth in Plaintiff Complaint, and any other applicable statutes, case law, and all other supporting documents that may be submitted to or requested by the Court.

Dated: June 24, 2025.

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
Smith & Meadows, LLC
215 Greencastle Road, Suite B
Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Defendant Key Digital Strategies LLC's Motion to Dismiss* and corresponding memorandum with the ECF System for the Northern District of Georgia, and served Plaintiff via electronic mail and first class mail with sufficient postage to ensure delivery upon counsel for Plaintiff:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

This 24th day of June, 2025.

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
Smith & Meadows, LLC
215 Greencastle Road, Suite B
Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing has been prepared with Times New Roman, 14 Point font, one of the font point selections approved by the Court in L.R. 5.1C.

Dated: June 24, 2025.

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
**Smith & Meadows LLC**
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506
*Attorneys for Defendant Key Digital Strategies, LLC*