# **Exhibit 1**



## Exhibit B - Poll2Action.com Registration

URL: https://polls.poll2action.com/

## Your Voice, Your Power: With Poll2Action, Shape Prices and Drive Change for a Better, More Affordable World!

Sign up to Poll2Action, you can easily share opinions and earn rewards!

| shirel | price |
| (404) 435-4154 | priceshirel35@gmail.com |

☑ By checking this box, I consent to the use of my personal information as outlined in the Terms & Conditions (including mandatory arbitration) and Privacy Policy. I provide my signature expressly consenting to receive messages from Poll2Action at the cellular telephone number, I have provided above (as the authorized user) regardless of this number being listed on any federal or state Do Not Call registry. Message frequency may vary. Message and data rates may apply. Reply STOP to any message to opt-out. For assistance, contact us at info@poll2action.com. Consent not required. By providing my e-signature, I give express consent to be contacted by Poll2Action via phone (live, auto-dial, or pre-recorded calls), SMS/MMS, and email. I understand that calls may be recorded and standard message/data rates may apply. I agree to receive email communications from Poll2Action and its affiliates regarding products, services, and offers.

**NEXT**

# Exhibit C - Terms & Conditions

URL: https://polls.poll2action.com/terms-conditions