# Exhibit 4

Raw Data Spreadsheet:
https://docs.google.com/spreadsheets/d/1rO_d7g0Uwv0mBGNXMiu--xk3n1xYS6tO/edit?gid=463357967#gid=463357967

1. User was received from affiliate Zeeto (https://try.getitfree.us/) with many fields pre-filled by Zeeto:

   https://polls.poll2action.com/lmain?aid=11682&pid=3401&first_name=shirel&last_name=price&email=priceshirel35%40gmail.com&phone=404+435+4154&address1=104+ridge+dr.&city=Villa+Rica&state=GA&zip=30180&dob=03%2F27%2F1959&gender=F&external_id=65791b2a067a40a2a3eb5d9fa092b11f&cf_offer_id=46&cf_aff_id=2&cf_transaction_id=65791b2a067a40a2a3eb5d9fa092b11f&cf_aff_sub_1=Tibrio+-+GetItFree

   Everflow Click Report:
   https://kds.everflowclient.io/reporting/clicks/65791b2a067a40a2a3eb5d9fa092b11f

   Click timestamp: 04/06/2025 15:37:39 EDT

2. User registered on Poll2Action:

   | Field | Value |
   |---|---|
   | timestamp | 2025-04-06 15:38:51 EDT |
   | address | 104 ridge dr. |
   | city | Villa Rica |
   | state | GA |
   | zip | 30180 |
   | first_name | shirel |
   | last_name | price |
   | gender | F |
   | dob | 03/27/1959 |
   | ip_address | 2600:1702:ed0:ec60:ec6c:5b98:d957:514 |
   | age | 66 |
   | p2a_registration | TRUE |

| Field | Value |
| --- | --- |
| user_agent | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36 |
| email | priceshirel35@gmail.com |
| phone | 4044354154 |

## Your Voice, Your Power: With Poll2Action, Shape Prices and Drive Change for a Better, More Affordable World!

Sign up to Poll2Action, you can easily share opinions and earn rewards!

shirel

price

(404) 435-4154

priceshirel35@gmail.com

☑ By checking this box, I consent to the use of my personal information as outlined in the Terms & Conditions (including mandatory arbitration) and Privacy Policy. I provide my signature expressly consenting to receive messages from Poll2Action at the cellular telephone number, I have provided above (as the authorized user) regardless of this number being listed on any federal or state Do Not Call registry. Message frequency may vary. Message and data rates may apply. Reply STOP to any message to opt-out. For assistance, contact us at info@poll2action.com. Consent not required. By providing my e-signature, I give express consent to be contacted by Poll2Action via phone (live, auto-dial, or pre-recorded calls), SMS/MMS, and email. I understand that calls may be recorded and standard message/data rates may apply. I agree to receive email communications from Poll2Action and its affiliates regarding products, services, and offers.

**NEXT**

- Privacy Policy: https://polls.poll2action.com/privacy-policy

- Terms and Conditions: https://polls.poll2action.com/terms-conditions

3. Text Message Communication Timeline

| Date (EDT) | Time (EDT) | Message ID | Clicked? | Click Time (EDT) | Incoming Message |
|---|---|---|---|---|---|
| 2025-04-15 | 12:52 PM | 364 | Yes | 2025-04-16 1:09 PM | |
| 2025-04-16 | 11:12 AM | 366 | No | — | |
| 2025-04-16 | 1:09 PM | 351 | No | — | |
| 2025-04-16 | 1:09 PM | 352 | No | — | |
| 2025-04-16 | 1:09 PM | 146 | No | — | |
| 2025-04-16 | 3:42 PM | 180 | No | — | |
| 2025-04-17 | 11:12 AM | 369 | No | — | |
| 2025-04-18 | 11:20 AM | 373 | Yes | 2025-04-18 11:24 AM | |
| 2025-04-18 | 11:24 AM | 242 | No | — | |
| 2025-04-18 | 11:24 AM | 180 | Yes | 2025-04-18 3:31 PM | |
| 2025-04-19 | 11:10 AM | 364 | No | — | |
| 2025-04-20 | 8:23 AM | 369 | No | — | |
| 2025-04-21 | 11:35 AM | 378 | No | — | |
| 2025-04-22 | 8:10 AM | 364 | Yes | 2025-04-22 9:36 AM | |
| 2025-04-22 | 9:36 AM | 146 | No | — | |
| 2025-04-22 | 9:36 AM | 351 | No | — | |
| 2025-04-23 | 9:39 AM | 383 | No | — | |
| 2025-04-24 | 8:21 PM | 390 | No | — | |
| 2025-04-24 | 8:42 AM | 392 | No | — | |
| 2025-04-25 | 11:13 AM | 395 | Yes | 2025-04-25 4:30 PM | |

| 2025-04-25 | 4:30 PM | 242 | No | — | |
| 2025-04-25 | 4:30 PM | 283 | No | — | |
| 2025-04-28 | 5:14 PM | 399 | No | — | |
| 2025-04-29 | 11:03 AM | 404 | Yes | 2025-05-04 3:30 PM | |
| 2025-04-29 | 11:05 AM | — | — | — | User sent "Stop" message |

**No further messages sent after receiving the Opt-out request from the user.**