IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT LEWIS, JR., on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KEY DIGITAL STRATEGIES,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>NO. 1:25-CV-2757-SCJ |

**O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 30th day of June, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE