# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| V. | ) ) | CASE: <u>1:25-cv-02757-SCJ</u> |
| **Key Digital Strategies LLC** | ) ) | DEFENDANT'S MOTION TO DISMISS |
| DEFENDANT. | ) | |

## <u>MEADOWS LEAVE OF ABSENCE</u>

COMES NOW, Blake W. Meadows, counsel for Defendant Key Digital Strategies, LLC, and hereby respectfully requests this Court that the above-referenced case not be calendared for hearings, conferences, or other in-court proceedings during the period of my absence from July 26, 2025, through August 11, 2025, which such absence is a period of fewer than 21 days. I am lead counsel of record, and I understand that this leave does not extend or modify any existing deadlines imposed by this Court.

Respectfully submitted this 30th day of June 2025.

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
Smith & Meadows, LLC
215 Greencastle Road, Suite B

Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*