UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Key Digital Strategies LLC<br><br>Defendant. | ) Civil Action No.: 1:25-cv-02757<br>)<br>)   Class Action Complaint<br>)<br>)   Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Jourey Newell ("Plaintiff"), respectfully moves for an extension of time up to and including July 29, 2025, in which to respond to Defendant's counterclaim. The further time is required to address the factual underpinnings and legal issues raised in the motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting this Unopposed Motion for Extension of Time and extending its time to file its response to Defendant's motion to July 29, 2025.

Dated: June 30, 2025

*/s/ Anthony I. Paronich*,
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

1

Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com