IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS, JR., on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>KEY DIGITAL STRATEGIES LLC<br><br>    Defendant. | Case No. 1:25-cv-02757-SCJ |

**DECLARATION OF ROBERT LEWIS, JR.**

1. My name is Robert Lewis, Jr.. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 404-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 404-XXX-XXXX is a residential cellular telephone number.

4. I am the user of 404-XXX-XXXX.

5. The 404-XXX-XXXX number is registered in my name and I am the subscriber of record.

6. This number is used for personal, family, and household purposes.

7. I have never submitted my telephone number to Defendant Key Digital in any manner, including on the website(s) it claims to "work with," GetItFree.us., or Poll2Action.com nor ever seen any of its contents or terms and conditions, prior to the Defendant filing its motion and counterclaims.

8. I am not and have never been a customer of Key Digital, nor entered into any contract or agreement with them, nor provided any information to them.

9. I am not and have never been a customer of Zeeto or its affiliates, including Tibrio, whom I understand to be the operator of the websites, nor entered into any contract or agreement with them, nor provided any information to them.

10. Indeed, apart from the phone number, none of the information Defendant relies upon for its contention that I visited the website and submitted any information to it is accurate.

11. For example, the name allegedly submitted to the website(s) is "Shirel Price."

12. I am not "Shirel Price," and do not use that name.

13. I do not know anybody by that name.

14. Apart from my telephone number, every other piece of information allegedly submitted is not mine, including the email address and date of birth.

15. I also understand that the IP address from which this website visit(s) allegedly originated is located in Villa Rica, Georgia.

16. I live over an hour away from Villa Rica.

17. Additionally, I understand that the timestamp of the alleged submission was on April 6, 2025 at 3:37 PM Eastern Time. As that was a Sunday, I would have been home at the time and did not visit anywhere near Villa Rica on that day.

18. I also understand that the User Agent associated with the alleged website submission lists an Android phone.

19. I do not have an Android phone.

20. As such, I did not submit my phone number to either the GetItFree or Poll2Action websites, as the Defendant claims.

21. I did not authorize anyone to submit my telephone number to these websites, nor did I ever agree to the "Terms and Conditions" and "Privacy Policy." I would not have agreed

to those terms and did not agree to those terms.

22.     I have never entered into a contract with the Defendant.

23.     I did not and have never "intentionally signed up for the National Do Not Call Registry, then intentionally signed up to receive promotional information, to set the stage for Plaintiff to falsely claim violations of the law in order to wrongfully collect money from unwary defendants," as the Defendant claims.

24.     To be clear, I do nothing to precipitate the illegal messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

25.     I do not welcome nor invite these illegal text messages and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

26.     My number is on the Do-Not-Call Registry and I did not provide any consent for anyone to send the subject text messages to me.

27.     I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this College Park, Georgia, in the United States of America,**



Robert Lewis, Jr.