IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*,<br><br>**Plaintiff,**<br><br>v.<br><br>**Key Digital Strategies, LLC,**<br><br>**Defendants.** | CASE: 1:25-cv-02757-SCJ<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME |

**UNOPPOSED MOTION FOR EXTENSION FOR TIME**

COMES NOW, Key Digital Strategies, LLC ("Defendant"), by and through its undersigned counsel, and hereby respectfully moves for an extension of time up to and including August 25, 2025, in which to respond to Plaintiff's Motion to Dismiss Defendant's Counterclaim. The extension is required due to the sudden death of a close friend of Defendant's counsel and Defendant's counsel attendance at an out of state funeral on the current due date. Defendant has requested Plaintiff's consent to this requested extension, and Plaintiff has agreed to this extension.

WHEREFORE, Defendant hereby requests that the Court enter an order granting this Unopposed Motion for Extension for Time and extending its time to file its response to Plaintiff's Motion to Dismiss Defendant's Counterclaim to and including August 25, 2025.

Dated: August 11, 2025

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
*Attorneys for Defendant*

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com