# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*,<br><br>**Plaintiff,**<br><br>v.<br><br>**Key Digital Strategies, LLC,**<br><br>**Defendants.** | CASE: 1:25-cv-02757-SCJ<br><br>[Proposed] Order Granting Unopposed Motion for Extension for Time |

### [Proposed] Order Granting Unopposed Motion For Extension For Time

This Court hereby **GRANTS** Key Digital Strategies, LLC ("Defendant") Unopposed Motion for Extension for Time, ordering that because of extenuating circumstances involving a sudden death and an out-of-state funeral, Defendant shall file any response to Plaintiff's Motion to Dismiss Defendant's Counterclaim by or on August 25, 2025.

SO ORDERED THIS _____ day of _____ 2025.

_____
Honorable Steve C. Jones

Prepared by:
Christopher Horton
Georgia Bar No. 316644
SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com