IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT LEWIS, JR., *on behalf of himself and others similarly situated*,

    Plaintiff,

v.

KEY DIGITAL STRATEGIES, LLC,

    Defendant.

Civil Action No.
1:25-cv-02757-VMC

**ORDER**

Per Local Rule 16.2, NDGa., the parties to this action were obligated to file a completed Joint Preliminary Report and Discovery Plan within 30 days after the appearance of the first defendant by answer or motion. Defendant's Motion to Dismiss was filed June 24, 2025. (Doc. 7). To date, no Joint Preliminary Report and Discovery Plan has been filed in this case.

If the parties have not yet held the Rule 26(f) Early Planning Conference pursuant to the requirements of Local Rule 16.1, NDGa., they are **DIRECTED** to do so as soon as possible. The parties are further **DIRECTED** to file their Joint Preliminary Report and Discovery Plan within 14 days after the date of entry of this Order. If any party has not yet provided its initial disclosures pursuant to Fed.

R. Civ. P. 26(a) and Local Rule 26.1, NDGa. to the other parties, that party is **DIRECTED** to do so within 14 days after the date of entry of this Order.

**SO ORDERED** this 12th day of August, 2025.

                                    Victoria Marie Calvert
                                    United States District Judge