# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*, <br><br> **Plaintiff,** <br><br> v. <br><br> **Key Digital Strategies, LLC,** <br><br> **Defendants.** | **CASE: 1:25-cv-02757-VMC** <br><br> **DEFENDANT KEY DIGITAL STRATEGIES LLC'S MOTION TO SEAL** |

## DEFENDANT KEY DIGITAL STRATEGIES LLC'S MOTION TO SEAL

COMES NOW, Key Digital Strategies, LLC, in the above-styled action, by and through its undersigned counsel, and hereby files this *Defendant Key Digital Strategies LLC's Motion to Seal*, thereby requesting this Court to seal Doc No. 8, also known as: Defendant Key Digital Strategies LLC's Answer, Defenses, and Counterclaim, due to Exhibit 1 and Exhibit 4 attached thereto inadvertently containing each two instances of information that needs to be redacted pursuant to the Federal Rules of Civil Procedure. Upon Defendant's counsel's discovery of the inadvertent, unredacted information, Defendant's counsel seeks to immediately and timely seal Doc. No. 8 and redact the information in a subsequent filing of its Answer, Defenses, and Counterclaim. Defendant further requests this Court to permit Defendant to refile its Answer Defenses, and Counterclaim with the respective information redacted.

Dated: August 15, 202

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
*Attorneys for Defendant*

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Defendant Key Digital Strategies LLC's Motion to Seal* with the ECF System for the Northern District of Georgia, and served counsel for Plaintiff via electronic mail:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

This 15th day of August, 2025.

/s/ Christopher J. Horton
Christopher J. Horton
Georgia Bar No. 316644
Blake W. Meadows
Georgia Bar No. 569729
Smith & Meadows, LLC
215 Greencastle Road, Suite B
Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing has been prepared with Times New Roman, 14 Point font, one of the font point selections approved by the Court in L.R. 5.1C.

Dated: August 15, 2025.

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
**Smith & Meadows LLC**
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506
*Attorneys for Defendant Key Digital Strategies, LLC*