IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ROBERT LEWIS, JR., on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>KEY DIGITAL STRATEGIES LLC,<br><br>Defendant. | Civil Action No.<br>1:25-cv-02757-VMC |

**ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties (Doc. 22), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

- Plaintiff Deadline to Disclose Expert(s): February 2, 2026

- Defendant Deadline to Disclose Expert and/or Rebuttal Expert(s): March 4, 2026

- Close of Fact Discovery: March 24, 2026

- Plaintiff Deadline to Disclose Rebuttal Expert: April 3, 2026

- Plaintiff Deadline to File Motion for Class Certification: April 6, 2026

Any dispositive motions shall be filed sixty (60) days from the date the Court rules on Plaintiff's Motion for Class Certification.

**SO ORDERED** this 6th day of October, 2025.

_____
Victoria Marie Calvert
United States District Judge