IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Key Digital Strategies, LLC,<br><br>Defendants. | CASE: 1:25-cv-02757-VMC |

## ORDER GRANTING
## DEFENDANT KEY DIGITAL STRATEGIES LLC'S MOTION TO SEAL

This Court hereby **GRANTS** Key Digital Strategies, LLC's ("Defendant") Motion to Seal, thereby ordering that Doc. No. 8, also known as, Defendant Key Digital Strategies, LLC's Answer, Defenses, and Counterclaim, is hereby sealed due to certain information being inadvertently unredacted, and furthermore, that Defendant shall be permitted to refile Defendant Key Digital Strategies, LLC's Answer, Defenses, and Counterclaim with all proper redactions, no later than fourteen (14) days from the date of this Order.

**SO ORDERED** this 9th day of October, 2025

_____
Honorable Victoria M. Calvert
United States District Judge

Prepared by:
Christopher Horton
Georgia Bar No. 316644

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com