# Exhibit 1



# Exhibit B - Poll2Action.com Registration

URL: https://polls.poll2action.com/



## Exhibit C - Terms & Conditions

URL: https://polls.poll2action.com/terms-conditions