# Exhibit 2



## Terms and Conditions

1. BINDING EFFECT
BY USING THE SITE OR ANY OF THE SERVICES, YOU ACKNOWLEDGE THAT
YOU HAVE READ THESE TERMS OF USE AND AGREE TO BE BOUND BY THEM.
Welcome to the Key Digital Strategies website (together with our mobile- and social-media
applications, the "Site"). Key Digital Strategies, the owner of the Site, and our officers, directors,
employees, agents and representatives (hereinafter, "KDS," "us," "we," "our," or the "Company")
and our affiliates and consultants and their officers, directors, employees, agents and
representatives (together, "Affiliates") are proud to provide you with the Site and its features.
Each user of our Site (hereinafter referred to as "user," "you" or "your"), agrees to the
provisions set forth in these Terms of Use in their entirety, including any person who: (a)
accesses or uses the Site; (b) accesses and/or views any of the: (i) links to third-party rewards-
related resources and other information and/or (ii) blog posts, texts, video and/or other
information pertaining to rewards-related products and/or services made available on the Site; (c)
accesses the comments sections associated with the blog posts and/or other interactive features
made available on the Site; and/or (d) utilizes the various contact forms and/or contact
information made available on the Site as a means to contact directly, or request to be contacted
by, Company and/or Company's third-party product and/or service providers and online
aggregators. We may amend the Terms of Use from time to time in our sole discretion.
The Site provides various services to users (the "Services"). The Site serves as the mechanism

by which users can connect with third parties to request certain products and participate in
certain opportunities (the "Deliverables") provided by those third parties, who may compensate
us for promoting the Deliverables. The Deliverables may include, but are not limited to, product
samples, coupons, offers, specials, deals, and other content, as well as the opportunity to
participate in surveys, polls, sweepstakes, contests, giveaways, and other promotions. The
Deliverables may change frequently, possibly even daily. Additional terms may apply to some of the Services ("Additional Terms"); if so, the Additional
Terms will be available with the relevant Services and will become part of your agreement with
us should you use those Services. We will post a notice on the Site any time these Terms of Use
have been changed or otherwise updated.

Please review these Terms of Use carefully. If at any time you do not agree with these
Terms of Use in their entirety, you are not authorized to use the Site or Services and must
immediately leave the Site and cease all use of the Site and Services.

2. ELIGIBILITY TO USE THE SITE
YOU AGREE THAT BY USING THE SITE OR ANY OF THE SERVICES, YOU
REPRESENT EITHER THAT (A) you are 18 years of age or older and can form a contract with
Company under the laws of the United States, the laws of the jurisdiction set forth in these Terms of Use, or any other applicable jurisdiction; or, that (B) you are under 18 years of age but above
13 years of age and your parent or legal guardian, having legal authority to enter into these
Terms of Use, has consented to your use of the Site and the Services and has read and fully
accepted these Terms of Use on your behalf.

3. PRIVACY POLICY
We respect your privacy and allows you to control certain treatment of your personal
information. A complete statement of our current Privacy Policy is

expressly incorporated into
these Terms of Use by this reference.

4. PASSWORDS, ACCOUNTS, REGISTRATION
You may be required to register in order to gain access to the Site or the Services. You must
complete the registration process by providing the complete and accurate information requested
in order to receive the Services, as applicable. If you are asked to provide a username and
password, you are entirely responsible for maintaining the confidentiality of your password and
you may not use the account, username, or password of someone else at any time. You agree to
notify us immediately on any unauthorized use of your account, username, or password. You
acknowledge that you are responsible for all activities or actions that occur under any username,
password, or account you use to access or use the Site or the Services. Company and Affiliates
shall not be liable for any loss you incur as a result of someone else using your password, either
with or without your knowledge.
When choosing a username, you may not choose a username that is used by someone else, that is
vulgar, distasteful, inappropriate for public use, or otherwise offensive (as determined by us in
our sole discretion), that infringes any trademark or other proprietary rights of others,
impersonates another person, or that violates these Terms of Use. We may reject, remove, alter
or change your username or require that you change any username, password or other account
information that you may provide. Accounts deemed inactive may be removed by us at any time
with or without notice.

5. OWNERSHIP
The Site and the Services belong solely and exclusively to Company. Your use of the Site or any
of the Services does not confer any title or ownership interest in the Site or any of the Services
you access on or through the Site or the Services, or any intellectual property rights and
proprietary rights in any of them. Any such use should not be

construed as a sale of any rights to
the Site or to the Services. Nothing contained on the Site or the Services should be understood as
granting you a license to use any of the trademarks, service marks, or logos owned by Company
or any licensor of Company. We reserve the right to enforce our rights to the fullest extent of the
law in the event of any violation of these Terms of Use. The Site and the Services may contain
certain licensed information and content, and our licensors may protect their rights in the event
of any violation of these Terms of Use.


6. USE OF SOFTWARE

We may make certain software available to you from time to time in connection with the Site or
the Services. If you download software from the Site or the Services, the software, including all
files and images contained in or generated by the software, and accompanying data, but
excluding software obtained under Open Source or freeware licenses that is subject to the terms
and conditions of such various applicable Open Source or freeware licenses (collectively, the
"Software") are deemed to be licensed to you by Company, for your limited, personal,
noncommercial, home use only. We do not transfer either the title or the intellectual property
rights to the Software, and we retain full and complete title to the Software as well as all
intellectual property and proprietary rights therein. You may not sell, lease, lend, redistribute,
modify, copy, or reproduce the Software or any part thereof, nor may you decompile, reverse
engineer, disassemble, tamper with, attempt to extract source code, or otherwise convert the
Software, or any part thereof, unless laws prohibit such restrictions or you obtain our separate
written permission. This license granted to you by Company is revocable, non-exclusive, non-
assignable, and conditioned upon your agreement to and full compliance with these Terms of
Use. We may discontinue some or all of the Software that we may provide, and we may
terminate your right to use any such Software at any time and in

such event may modify it to
make it inoperable. We may offer updates of the Software, from time to time, for feature
enhancement, security, or other purposes. We will not automatically update the Software, unless
you authorize us to do so. All trademarks, service marks, and logos are owned either by us or our
licensors, and you may not copy or use them in any manner.

7. ACCESS TO SITE AND SERVICES
We may offer to provide the Services, as described more fully on the Site, which may be
accessed on the Site and related websites, or through the use of a mobile device. We may change,
suspend, or discontinue the Site or any of the Services at any time, including the availability of
any website or feature or any of the Deliverables. We may also impose limits on the Services or
restrict your access to parts or all of the Services without notice or liability. You are granted only
a limited right to use the Site and the Services in accordance with these Terms of Use.
You shall be responsible for obtaining and maintaining any equipment or ancillary services
needed to connect to, access the Site or otherwise use the Services, including, without limitation,
hardware devices, software, and Internet connection services. You shall be responsible for
ensuring that such equipment or ancillary services are compatible with the Services and you shall
be responsible for all charges incurred in connection with use of the Services in connection with
all such equipment and ancillary services.

8. REGISTRATION & FINANCIAL TRANSACTIONS
You may have an account without paying to participate in certain features of the Site or the
Services. As a general rule, no purchase is necessary to qualify for Deliverables. In order to
qualify, you will be required to provide personal information, respond to survey questions,
and/or agree to be contacted by our marketing partners.

We may charge subscription or other fees to access certain Services. You acknowledge and agree

that we are authorized, but not required, to act on payment instructions received from anyone
using your account.  You authorize us to (A) initiate debits or charges against your financial
account or credit or debit card periodically for the amount then due for purchases made; and (B)
initiate any other debits or charges authorized by you or anyone using the Company account
registered to you. All payments must be made in U.S. dollars from a U.S. bank or via alternative
payment methods made available by us.  You acknowledge that transactions may be facilitated
by a third-party payment processor (the "Processor"), and agree that we may share your
information, including information about your financial accounts, with the Processor for this
purpose. You acknowledge that we are not responsible for the information collection, usage and
disclosure practices of any Processor.

9. USER CONTENT
The Site and some of the Services may allow you to post content or information ("User
Content") from time to time. You retain ownership of any intellectual property rights you hold in
the User Content you post. We may or may not keep archives and are not responsible for any
archives posted by you or anyone else.
By submitting, posting, displaying, performing, transmitting, or otherwise distributing User
Content to the Site or the Services, you are granting us a license to use such User Content. In
particular, you are granting us a worldwide license to use, host, store, copy, distribute, transmit,
broadcast, publicly display, publicly perform, publish, communicate, reproduce, modify, adapt,
edit, translate and reformat such User Content, in any format or media now known or later
developed. The rights you grant in this license are for the limited purpose of operating,
promoting, improving, and developing the Site, the Services, and our business. The rights you
grant in this license also includes a right of Company to sublicense any such rights to
consultants, contractors, and other third parties in connection with

such purpose. This license
continues even if you cease all use of the Site and the Services. You acknowledge that you will
not be compensated for any User Content. Among other things, your ability to access the Site
and the Services from time to time constitutes sufficient consideration for this license. You agree
that we may publish or otherwise disclose your name in connection with User Content that is
posted using your account. Likewise, you further agree that we may exercise its rights under this
license without attribution to you or anyone. The Site and the Services may or may not provide
ways for you to access and remove User Content that is posted using your account. By posting
User Content, you warrant and represent that you own the rights to such User Content or are
otherwise authorized to post, submit, display, perform, publish, transmit, or otherwise distribute
such User Content.
To the extent permitted by applicable law, you hereby waive any and all rights that you may
have under laws worldwide that concern "moral rights" or "droit rights," or similar rights, or any
rights of publicity or privacy in connection with User Content you post, or that is posted using
your account.
To be clear, nothing in these Terms of Use authorizes you to incorporate into any User Content
any information or content owned or licensed by Company. Nothing in these Terms of Use obligates us to exercise our license rights with regard to any User Content you post, or that is
posted using your account. From time to time, at any time, we may, in our own discretion, add or
change restrictions to your ability to post or view User Content (without limitation, an example
being character or storage size limit), or remove or delete User Content from its servers, without
notice or liability. Further, if you submit feedback or suggestions about the Site or the Services,
we may use your feedback or suggestions without any obligation to you.

10. INAPPROPRIATE USER CONTENT
You agree not to submit, post, upload, display, perform, transmit, or

otherwise distribute any
User Content that, as we may determine in our own discretion: (A) is libelous, defamatory,
fraudulent, obscene, pornographic, indecent, hateful, abusive, threatening, vulgar, distasteful,
misleading, inappropriate for public use, offensive, or otherwise in violation of any laws or rights
of any person or entity, including without limitation rights of publicity, rights of privacy,
intellectual property rights or other rights (including display of telephone numbers, street
addresses, last names, URLs, email addresses or other items reflecting confidential information
of any third party); (B) advocates or encourages conduct that could constitute a criminal offense,
give rise to civil liability, or otherwise violate any applicable local, state, national, or foreign law
or regulation; (C) advertises or otherwise solicits funds or is a solicitation for goods or services;
(D) delivers or causes to be delivered any unsolicited or unauthorized advertising, promotional
materials, surveys, "junk mail," "spam," "chain letter," "pyramid scheme," investment
opportunity or other form of solicitation Company considers to be of such nature; or (E) delivers
or causes to be delivered viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files,
or other malware. We reserve the right to terminate your receipt, transmission, or other
distribution of any such material using the Site or the Services, and, if applicable, to delete any
such material from our servers. We intend to cooperate fully with any law enforcement officials
or agencies in the investigation of any violation of these Terms of Use or of any applicable laws.
If you become aware of any unlawful, offensive or inappropriate User Content on the Site or the
Services (except for content that infringes copyright, which is addressed below), please contact
us at the email address provided in these Terms of use, and provide us with your name and
address, a description of the material at issue, and the link to or location of such material.

11. COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS

You acknowledge that the copyright and other intellectual property laws of the United States,
international treaties and conventions, and other laws protect the Site and the Services, and you
agree to abide by relevant intellectual property laws regarding ownership and use of intellectual
property as they relate to the Site and the Services.
By using the Site or any of the Services, you agree not to submit, upload, download, transmit,
display, perform, publish, or otherwise distribute any User Content in violation of any
copyrights, trademarks, or other intellectual property rights or proprietary rights. You shall be
solely responsible for any violations of relevant intellectual property laws and for any
infringements of any intellectual property rights or proprietary rights caused by any User Content you post, or that is posted using your account. The burden of proving that any User Content does
not violate any laws or intellectual property rights rests solely with you.

12. NO WARRANTIES
COMPANY AND ITS LICENSORS HEREBY DISCLAIM ALL WARRANTIES. COMPANY
IS MAKING THE SITE, THE SERVICES, THE SOFTWARE AND ALL CONTENT AND
OTHER INFORMATION, MATERIAL, AND PRODUCTS AVAILABLE "AS IS" AND "AS
AVAILABLE" WITHOUT WARRANTY OF ANY KIND. YOU ASSUME THE RISK OF
ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE
OR THE SERVICES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, COMPANY
AND ITS LICENSORS EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES,
EXPRESS OR IMPLIED, REGARDING THE SITE AND THE SERVICES, INCLUDING,
BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. COMPANY AND
ITS LICENSORS DO NOT WARRANT THAT THE SITE OR THE SERVICES WILL MEET
YOUR REQUIREMENTS OR THAT THE OPERATION OF THE SITE OR

THE SERVICES
WILL BE UNINTERRUPTED, FREE OF VIRUSES, OR ERROR-FREE. The Site or the
Services may contain, or direct you to websites that contain information or content that some
individuals may find offensive or inappropriate. Company is under no obligation to monitor User
Content. Company makes no commitments or representations concerning any information or
content contained in or accessed through the Site or any of the Services, and Company will not
be responsible or liable for the accuracy, content, quality, transmission, copyright compliance,
legality or decency of material contained in or accessed through the Site or the Services.


13. NO CONTROL OVER THIRD-PARTY SITES OR DELIVERABLES
Company has no control over and no liability for any third-party websites or the Deliverables.
Company works with a number of third parties whose Internet sites may be linked with the Site
or through the Services. Because neither Company nor the Site has control over the content or
performance of these third-party sites, Company makes no endorsements of or guarantees
concerning the accuracy, content, or quality of the information, statements, responses or
promises offered or provided by such sites, or of the trustworthiness, competency or honesty of
such third-parties, and Company assumes no responsibility for unintended, objectionable,
inaccurate, outdated, misleading, or unlawful content that may reside on those third-party sites.
Additionally, you acknowledge and agree that Company makes no guarantees about the
Deliverables. Images of Deliverables on the Site may represent prior offerings, outside offerings,
expired offerings, or offerings that are otherwise unavailable, and may represent different brands
or may vary in other ways from the actual Deliverables. Company assumes no responsibility for
the accuracy, suitability, timeliness, availability, content, quality, transmission, delivery,
copyright compliance, legality, or decency of any third-party features or Deliverables, or for any

loss, damage or other liabilities incurred in connection with or arising out of your interactions
with any third party. Unless expressly provided otherwise, these Terms of Use shall apply to
your use of any and all third-party content.

We have no control over, and are not responsible for, the business practices or privacy policies of
any third-party sites or for the collection, use, or disclosure of any information those sites may
collect, even if those sites are owned or operated by our partners or affiliates. We make no
representation, recommendation, endorsement, or warranty with regard to any third-party
websites.

14. LIMITED LIABILITY
COMPANY'S LIABILITY TO YOU IS LIMITED. TO THE MAXIMUM EXTENT
PERMITTED BY LAW, IN NO EVENT SHALL COMPANY, ITS AFFILIATES OR ITS
LICENSORS BE LIABLE FOR DAMAGES OF ANY KIND (INCLUDING, BUT NOT
LIMITED TO, SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR
CONSEQUENTIAL DAMAGES, LOST PROFITS, LOST REVENUES, OR LOST DATA,
REGARDLESS OF THE FORESEEABILITY OF THOSE DAMAGES IN ALL CASES)
ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE SITE, THE
SERVICES, THE SOFTWARE, OR INFORMATION AND CONTENT CONTAINED
THEREIN. This limitation shall apply regardless of whether the damages arise out of breach of
contract, tort, or any other legal or equitable theory or form of action. You agree that any claim or dispute arising in connection with your use of the Site, the Software,
or the Services must be brought and filed within one year of the date of the event giving rise to
such action occurred, even if any applicable statute of limitations exists to the contrary. Your
only right or remedy with respect to any problem or dissatisfaction with such use is to cancel
your account and cease using the Site and the Services. TO THE MAXIMUM EXTENT

PERMITTED BY LAW, THE TOTAL LIABILITY OF COMPANY, ITS AFFILIATES AND
ITS LICENSORS FOR ANY CLAIM UNDER THESE TERMS OF USE (OTHER THAN AS
MAY BE REQUIRED BY APPLICABLE LAW FOR CLAIMS INVOLVING PERSONAL
INJURY), INCLUDING FOR ANY IMPLIED WARRANTIES, SHALL NOT EXCEED THE
TOTAL AMOUNT YOU PAID COMPANY TO USE THE SITE OR THE RELEVANT
SERVICES DURING THE ONE-MONTH PERIOD IMMEDIATELY PRIOR TO THE TIME
SUCH CLAIM OR DISPUTE AROSE, OR, AT COMPANY'S OPTION, TO PROVIDING
YOU WITH ACCESS TO USE THE SITE OR THE RELEVANT SERVICES AGAIN FOR A
ONE-MONTH PERIOD. THIS LIMITATION SHALL APPLY EVEN IF IT FAILS ITS
ESSENTIAL PURPOSE.

15. INDEMNITY
You agree to indemnify Company for certain of your acts and omissions. You agree to
indemnify, defend, and hold Company harmless from any and all third-party claims, losses,
liability, damages, suits, judgments, and costs (including reasonable attorney's fees and costs)
arising from your access to or use of the Site, the Software, or the Services, your violation of
these Terms of Use, or your infringement, or infringement by any other user of your account, of
any intellectual property or other right of any person or entity. Company will notify you
promptly of any such claim, loss, liability, or demand, and will provide you with reasonable
assistance, at your expense, in defending any such claim, loss, liability, damage, suit, judgment
or cost. If applicable, you waive your rights under California Civil Code Section 1542, which states, "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

16. COPYRIGHT INFRINGEMENT
Company responds to notices of alleged copyright infringement and

terminates accounts of
repeat infringers according to the procedures set out in the U.S. Digital Millennium Copyright
Act.
If you have evidence, know, or have a good faith belief that your rights or the rights of a third
party have been violated and you want Company to delete, edit, or disable the material in
question, you must provide Company with all of the following information (please consult your
legal counsel or see Section 512(c)(3) of the Digital Millennium Copyright Act to confirm these
requirements):
(a) a physical or electronic signature of a person authorized to act on behalf of the owner
of the exclusive right that is allegedly infringed;
(b) identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works are covered by a single notification, a representative list of such
works;
(c) identification of the material that is claimed to be infringed or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and
information reasonably sufficient to permit Company to locate the material (such as
URLs);
d) information reasonably sufficient to permit Company to contact you, such as an
address, telephone number, and if available, an electronic mail address at which you may
be contacted;
(e) a statement that you have a good faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent, or the law; and,
(f) a statement that the information in the notification is accurate, and under penalty of
perjury, that you are authorized to act on behalf of the owner of an exclusive right that is
allegedly infringed. For this notification to be effective, you must provide it to Company's designated agent, John
Graves, P.C., at the email address provided in these Terms of Use.

17. TERMINATION
You may use the Site and the Services only as permitted by law, including applicable export and
re-export control laws and regulations. Company reserves the right to suspend or terminate your use of the Site or any of the Services. To ensure that Company provides a high-quality
experience for you and for other users of the Site, the Software and the Services, you agree that
Company or its representatives may access your account and records on a case-by-case basis to
investigate complaints or allegations of abuse, infringement of third-party rights, or other
unauthorized uses of the Site, the Software or the Services. Company does not intend to disclose
the existence or occurrence of such an investigation unless required by law, but Company
reserves the right to terminate your account or your access to the Site, the Software and the
Services immediately, with or without notice to you, and without liability to you, if Company
believes that you have violated any of the Terms of Use, furnished Company with false or
misleading information, or interfered with use of the Site, the Software, or the Services by
others.

18. PROHIBITED USES
We impose certain restrictions on your permissible use of the Site, the Software, and the
Services. You are prohibited from violating or attempting to violate any security features of the
Site, the Software, or the Services, including, without limitation, (a) accessing content or data not
intended for you, or logging onto a server or account that you are not authorized to access; (b)
attempting to probe, scan, or test the vulnerability of the Site or the Services or any associated
system or network, or to breach security or authentication measures without proper
authorization; (c) interfering or attempting to interfere with service to any user, host, or network,
including, without limitation, by means of submitting a virus to the Site or Services, overloading,
"flooding," "spamming," "mail bombing," or "crashing;" (d) using the

Site or Services to send
unsolicited e-mail, including, without limitation, promotions, or advertisements for products or
services; (e) forging any TCP/IP packet header or any part of the header information in any e-
mail or in any posting using the Services; or (f) attempting to modify, reverse-engineer,
decompile, disassemble, or otherwise reduce or attempt to reduce to a human-perceivable form
any of the source code used by Company in providing the Site, the Software, or the Services.
Any violation of system or network security may subject you to civil or criminal liability or both.

19. GOVERNING LAW AND DISPUTE RESOLUTION
These Terms of Use shall be construed in accordance with and governed by the laws of the State
of Texas, without reference to conflicts of law principles, in all disputes arising out of or related
to the use of the Site, the Software, or the Services. You agree that disputes will be submitted
to binding arbitration under the Rules of Arbitration of the American Arbitration
Association in Tarrant County, Texas, that Company and User will share in the costs
incurred in the arbitration, and that the award will be final. If either party seeks a review of
the decision, then the prevailing party will be entitled to costs and reasonable attorneys' fees.
You agree and acknowledge that all claims must be resolved in accordance with this section. If
you file a claim contrary to this section, you agree that we may recover attorneys' fees and costs
for the improperly filed claim, provided that we have notified you in writing of the issue and you
have failed to properly withdraw the claims.

To the extent permitted by law, you agree that you will not bring, join or participate in any
class action lawsuit and/or class arbitration as to any claim, dispute or controversy that you may have against Company (including its employees, officers, directors, members, representatives and/or assigns) or express third-party beneficiaries of mandatory arbitration provisions ("Covered Parties"). You agree to the entry of injunctive relief to

stop such a class action lawsuit and/or class arbitration, as applicable, or to remove you as
a participant in the suit and/or class arbitration, as applicable. You agree to pay the
attorney's fees and court costs that Company and/or any Covered Party incurs in seeking
such relief. This provision that prevents you from bringing, joining or participating in class
action lawsuits and/or class arbitrations: (i) does not constitute a waiver of any of your
rights or remedies to pursue a claim individually (not as a class action or class arbitration),
in binding arbitration, as provided above; and (ii) is an independent agreement. You may
opt-out of these dispute resolution provisions by providing written notice of your decision
within thirty (30) days of the date you first access the Site.

20. INJUNCTIVE RELIEF AND OTHER REMEDIES
You acknowledge and agree that any breach or threatened breach of these Terms of Use by you
will cause Company and its licensors irreparable damage for which recovery of money damage
would be inadequate and that Company and its licensors may obtain timely injunctive relief to
protect their rights, without bond, other security or proof of damages, in addition to any and all
other remedies available at law or in equity.

21. MISCELLANEOUS TERMS
If, for whatever reason, a court of competent jurisdiction finds any term or condition in these
Terms of Use to be unenforceable, all other terms and conditions shall remain unaffected and in
full force and effect. No waiver of any breach of any provision of these Terms of Use shall
constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other
provisions hereof, and no waiver shall be effective unless made in writing and signed by an
authorized representative of the waiving party. If there is a conflict between these terms and any
Additional Terms, the Additional Terms shall control for that conflict. These terms control the
relationship between you and Company, and do not create any

third-party beneficiary rights. You
agree that you are not considered, and shall not represent yourself as, an agent, employee, joint
venturer, or partner of Company. All provisions of these Terms of Use which by their nature
should survive termination shall survive termination, including, without limitation, ownership
provisions, warranty disclaimers, indemnity, limitations of liability, injunctive relief and other
remedies, governing law, and other miscellaneous terms.

22. MODIFICATION AND REVISION OF POLICY
Company may, in its sole discretion and without prior notice, (A) revise these Terms of Use; (B)
modify the Site, the Software, the Services, or any combination of them; and (C) discontinue the
Site, the Software, and/or the Services at any time. Company shall post any revision to these
Terms of Use to the Site, and the revision shall be effective immediately on such posting. You
agree to review these Terms of Use and the Privacy Policy posted on the Site periodically to be
aware of any revisions. You agree that, by continuing to use or access the Site following notice
of any revision, you shall abide by any such revision.

23. ACKNOWLEDGEMENT
BY USING THE SITE OR ANY OF THE SERVICES, YOU ACKNOWLEDGE THAT YOU
HAVE READ THESE TERMS OF USE AND AGREE TO BE BOUND BY THEM.

24. CONTACT US
Required notices and all other correspondence shall be delivered via email to
info@poll2action.com.

25. CALIFORNIA CONSUMER RIGHTS AND NOTICES.
Residents of the State of California are entitled to the following specific consumer rights
information: you may contact the Complaint Assistance Unit of the Division of Consumer
Services of the Department of Consumer Affairs by mail at: 400 R St., Suite 1080, Sacramento,

California 95814, or by telephone at (916) 445-1254. Their website is located at:
http://www.dca.ca.gov.


26. COPYRIGHT AND TRADEMARK NOTICES
All contents of Site or Services are: Copyright © 2023 Key Digital Strategies. All rights
reserved. The trademarks, logos, service marks, and trade names displayed on the Site and through the
Services are registered and unregistered trademarks or service marks of Key Digital Strategies
or, where applicable, its licensors. All other trademarks, logos, service marks, and trade names
referenced on the Site are the property of their respective owners. All rights reserved.



Privacy Policy

Terms & Conditions

Do not sell my information request

Unsubscribe

Disclaimer

Copyright © 2024 Poll2Action.com