# Exhibit 3



# Privacy Policy

1. INTRODUCTION

1.1.PURPOSE OF THIS POLICY.
Key Digital Strategies is a Texas Limited Liability company, whose General
Manager is Unlocked Strategies. (Key Digital Strategies, together with our affiliates,
as applicable, are hereafter referred to as "us," "we," "our" or "KDS," and our website, together
with our online platforms and mobile applications, including their features, products and
services, are individually and collectively referred to as the "Site." By accessing and using the
Site, you explicitly accept, without limitation or qualification, the collection, use and transfer of
the Personal Information (as defined in Section 2.1(a) below) provided by you in the manner
described in this policy ("Privacy Policy"). Please read the Privacy Policy carefully, as it affects your
rights and liabilities under the law. If you disagree with the way we collect and process Personal
Information, please do not use the Site.
1.2. OUR COMMITMENT.
KDS respects the privacy rights of users of our Site (hereinafter referred to as "user," "you" or
"your"), including any person who: (a) accesses or uses the Site; (b) accesses and/or views any
of the: (i) links to third-party rewards-related resources and other information and/or (ii) blog
posts, texts, video and/or other information pertaining to rewards-related products and/or
services made available on the Site; (c) accesses the comments sections associated with the blog
posts and/or other interactive features made available on the Site; and/or (d) utilizes the various
contact forms and/or contact information made available on the Site

as a means to contact
directly, or request to be contacted by, KDS and/or our third-party product and/or service
providers and online aggregators.
We are committed to transparency about data we hold and have designed this Privacy Policy to
help the user understand the types of information we collect, how it is used, with whom it is
shared, and the choices you have regarding the storage, deletion, transfer, and disclosure of
personal information relating to you.

2. INFORMATION COLLECTION PRACTICES

2.1. WHAT INFORMATION DO WE COLLECT?
(a) PERSONAL INFORMATION. In operating the Site, we collect information that can be used
to identify or contact the user ("Personal Information"), which includes information that falls
within some or all of the following categories:
(1) Identifiers, such as a user's real name, alias, postal address, unique personal identifier, online
identifier, Internet Protocol address, email address, account name, telephone number, or other
similar identifiers.
(2) Personal Information (including, for California users, categories listed in the California
Customer Records statute (Cal. Civ. Code § 1798.80(e)), such as name, signature, Social
Security number, physical characteristics or description, postal address, telephone number,
passport number, driver's license or State identification card number, insurance policy
number, education, employment, employment history, bank account number, credit card
number, debit card number, or any other financial information, medical information, or
health insurance information.
(3) Characteristics of Protected Classifications and other Demographic Information (including,
for California users, classification characteristics under California and federal law), such as
age, race, color, ancestry, national origin, citizenship, religion or creed, marital status,
pregnancy, medical condition, physical or mental disability, sex,

gender, veteran or military
status, genetic information (including familial genetic information).
(4) Commercial Information, such as records of personal property, products or services
purchased, obtained, or considered, or other purchasing or consuming histories or tendencies;
(5) Biometric Information, such as genetic, physiological, behavioral, and biological
characteristics, or activity patterns used to extract a template or other identifier or identifying
information, such as fingerprints, face prints, and voiceprints, iris or retina scans, keystroke,
gait, or other physical patterns, and sleep, health, or exercise data;
(6) Internet or Other Electronic Network Activity, including browsing history, search history,
information on a consumer's interaction with a website, application, or advertisement;
(7) Geolocation Data, such as physical location or movements.
(8) Sensory Data, such as audio, electronic, visual, thermal, olfactory, or similar information;
(9) Professional or Employment-Related Information, such as current or past job history or
performance evaluations;
(10) Non-Public Education Information (per the Family Educational Rights and Privacy Act
(20 U.S.C. Section 1232g, 34 C.F.R. Part 99)), education records directly related to a student
maintained by an educational institution or party acting on its behalf, such as grades,
transcripts, class lists, student schedules, student identification codes, student financial
information, or student disciplinary records; and
(11) Inferences Drawn from Personal Information, such as those reflecting preferences,
characteristics, psychological trends, predispositions, behavior, attitudes, intelligence,
abilities, and aptitudes.

(b) ADDITIONAL INFORMATION

(1) Survey Data, such as information, feedback, or content you choose to provide when you
participate in a survey conducted by us or another organization;
(2) Traffic Data, defined as anonymous "traffic data" that does not personally identify you, but
which may be helpful for marketing purposes or for improving your

experience on the Site; and
(3) Cookie Data, including information that allows us to recognize your browser and store a
small piece of data on your computer or device about your visit to our Site. We do not set any
personally identifiable information in cookies. (For information on how this information is
used, please refer to Section 3.3(c) below. If you do not wish to accept cookies, you may
change the setting on your browser. However, if you choose to disable this function, your
experience at the Site may be diminished, and some features may not work as they were
intended. For instance, without cookies you may not be able to receive information or
resources that are specifically relevant to you.)

2.2. HOW DO WE COLLECT THE INFORMATION?

(a) Your use of the Site:
(1) In operating the Site, we may request or invite user registration and logins, invite
participation in online surveys, and provide various other online forms that invite users to
provide certain Personal Information.
(2) If you communicate with us by e-mail or other means, any Personal Information provided in
such communications, including attachments, may be collected by us.
(3) Our servers automatically collect certain types of Personal Information relating to your
interactions with the Site.

(b) Third-Party Sources:
(1) In accordance with applicable law, we collect Personal Information from publicly available
sources, including, but not limited to, government agencies; for example, we may collect
Personal Information from voter files.
(2) We also collect data from business partners and affiliates (including, but not limited to, social
media platforms/accounts) with whom you interact or who may collect your Personal
Information through, among other methods, first-party cookies, third-party cookies,
anonymous cookies, persistent identifiers, email opt-ins, and search-engine key words; for
example, we may collect Personal Information from surveys

conducted by business partners.
We do not have access or control over cookies and tracking devices used by third parties. We
have no responsibility or liability for the policies and practices of such third parties and
encourage you to review their policies on their websites.

3. USE AND SHARING OF COLLECTED INFORMATION

3.1. HOW DO WE USE YOUR PERSONAL INFORMATION?

(a) BUSINESS AND COMMERCIAL PURPOSES. We may use your Personal Information for
certain business and commercial purposes, including, but not limited to:
(1) Auditing related to current interaction and concurrent transactions to enable us to customize
and tailor your experience by delivering targeted resources, advertisements, and other
content, including by third-party providers, specific to your interests.
(2) Analyzing and creating data sets by combining the Personal Information we collect about
you.
(3) Detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal
activity, and prosecuting those responsible for that activity.
(4) Debugging to identify and repair errors that impair existing intended functionality.
(5) Maintaining or servicing accounts, carrying out our obligations to you, processing donations
or other transactions, verifying your information, communicating offers or information by
our affiliates and other third parties, providing resources, services or content you request,
answering your questions, and facilitating various other services or communications.
(6) Undertaking internal research for technological development and demonstration.
(7) Undertaking activities to verify or maintain the quality of a service provided, and to improve,
upgrade, or enhance our services.
(8) Serving purposes otherwise permitted by applicable law.
(b) ON OUR SITE. We may display your Personal Information in your profile page and
elsewhere on the Site according to the preferences you set in your

account. Any information you
choose to provide should reflect how much you want others to know about you. Please consider
carefully what information you disclose in your profile page and your desired level of
anonymity. We may also share or disclose your information if, for example, you use a third-
party application to access your account. Through certain features of the Site, you may also have
the ability to make some of your information public. Public information may be broadly and
quickly disseminated.
(c) SWEEPSTAKES, CONTESTS, AND PROMOTIONS. If you opt to participate in
sweepstakes, contests or other promotions (any, a "Promotion"), you agree to the terms,
conditions or official rules that govern that Promotion, which may contain specific requirements
of you, including, except where prohibited by law, allowing the sponsor(s) of the Promotion to
use your Personal Information, such as name, voice, likeness or other recognizable aspect of
persona in advertising, promotions or marketing associated with the Promotion. If you choose to
enter a Promotion, Personal Information may be disclosed to third parties or the public in
connection with the administration of such Promotion, including, without limitation, in
connection with winner selection, prize fulfillment, and as required by law or permitted by the
Promotion's official rules, such as on a winners list.
(d) In addition, we may use your Personal Information in the following ways:
(1) Significant Announcements. If you are a registered user of the Site, we may use your
registered name and e-mail address information to inform you via e-mail message of any
significant changes to the Site or KDS, to any user account you may create, or other significant
information that may affect your use of the Site. We may also communicate with you about privacy, security or administrative issues relating to your use of the Site. You cannot opt-out of these kinds of e-mail messages.
(2) Mobile Communications. If you choose to opt in, we may also use your mobile phone number
information that you provide on the Site to send you information

about various promotions and
other types of offers from us. Any text messaging originator opt-in data and consent will not be shared with any third parties.
(3) Push Communications. If you choose to opt in, we may use, and you are providing your
consent to receive, browser notifications to send you information about various promotions and
other types of offers.
You may opt out of these types of communications by un-checking the appropriate email
announcement boxes during registration, by changing your user account, or by emailing us at the
address provided in this Privacy Policy. In addition, you will have regular opportunities to opt
out of receiving such information from us by following the unsubscribe instructions in email
messages or mobile communications we may send to you.

3.2. HOW DO WE SHARE YOUR PERSONAL INFORMATION?

(a) AUTHORIZATION TO SELL OR SHARE WITH THIRD PARTIES. By submitting your
Personal Information by and through the Site offerings, you agree that we may share, sell, rent,
lease or otherwise provide that Personal Information to any third party for any purpose permitted
by law (including, but not limited to, the purposes delineated in this section below), and we may
work with other businesses to bring selected third-party offers to you. These businesses and
third-parties may include, but are not limited to: (1) providers of direct marketing services and
applications, including lookup and reference, data enhancement, suppression and validation; (2)
internet, mobile and e-mail marketers; (3) telemarketers (where permitted by applicable law);
and (4) direct marketers. Your email will only be shared with our preferred mailing partners for
the purpose of sending 3rd party promotional email communications.
You have the right, at any time, to opt out of the sale of your Personal Information to third
parties by clicking on the link posted on the Site or the one here labeled "Do Not Sell My
Personal Information."

(b) REQUESTS. We may share your Personal Information with third-party service providers that you request to be contacted by. These third-party service providers may use your Personal Information to offer you products and/or services, and for any other lawful purposes, subject to any restrictions contained herein. The information you supply directly to any third-party service provider shall be governed by the applicable third-party service provider's privacy policy.

(c) INQUIRIES. By submitting your Personal Information by and through the Site offerings, and thereby providing your permission, you agree that such act constitutes an inquiry and/or application for purposes of the Amended Telemarketing Sales Rule (16 CFR §310 et seq.), as amended from time to time (the "Rule") and applicable state do-not-call regulations. As such, notwithstanding that your telephone number may be listed on the Federal Trade Commission's Do-Not-Call List and/or on applicable state do-not-call lists, we retain the right to contact you via telemarketing in accordance with the Rule and applicable state do-not-call regulations.

(d) PRIOR EXPRESS CONSENT. Where you provide "prior express consent" within the meaning of the Telephone Consumer Protection Act (47 USC § 227), and its implementing regulations adopted by the Federal Communications Commission (47 CFR § 64.1200), as amended from time-to-time ("TCPA"), you consent to receive telephone calls from us or our designated third-party service providers, including artificial voice calls, pre-recorded messages and/or calls (including SMS text messages) delivered via automated technology, to the telephone number(s) you provided. Please note that you are not required to provide this consent in order to obtain access to the Site offerings, and your consent simply allows us and our designated third-party service providers, as applicable, to contact you via these means. Please be advised that by agreeing to this Privacy Policy, you are obligated to immediately inform us if and when the telephone number you have previously provided to us changes. Without limiting the foregoing, if you: (i) have your telephone number reassigned to

another person or entity;
(ii) give up your telephone number so that it is no longer used by you; (iii) port your
telephone number to a landline or vice versa; or (iv) otherwise stop using that telephone
number for any reason, you agree that you shall promptly notify us of the change by using
one of the methods set forth in the "Contact Us" section below.
(e) PROCESSING. We may use an outside shipping company to ship orders, a credit card
company or payment processor to process payments for products and services, and other
business partners to perform core services (such as hosting, billing, fulfillment, or data storage
and security) related to our operation of the Site. Any of these various third parties may be
authorized to use your Personal Information in accordance with our contractual arrangements
with such third parties and in accordance with their own privacy policies, over which we have no
control, and you agree that we are not responsible or liable for any of their actions or omissions.
We authorize these third parties to only access and use your Personal Information to perform
their functions.
(f) COMPLIANCE. You hereby consent to the disclosure of any record or communication to any
third party when we, in our sole discretion, determine the disclosure to be appropriate including,
without limitation, sharing your e-mail address with third-parties for suppression purposes in
compliance with applicable law, including the CAN-SPAM Act of 2003, as amended from time
to time. Users should also be aware that courts of equity, such as U.S. Bankruptcy Courts, might
have the authority under certain circumstances to permit personal information to be shared or
transferred to third parties without permission.
(g) LEGAL PURPOSES. We may disclose Personal Information and information concerning
your use of the Site if required to do so by law or in the good-faith belief that such action is
necessary (1) to conform to the edicts of the law or comply with legal process served on us or
our parent entity, subsidiaries or affiliates (for example, pursuant to a statutory demand,

subpoena, warrant or court order), (2) to protect and defend the rights or property of KDS or the
users of the Site, (3) to protect against fraudulent, abusive or unlawful use of the Site, (4) to
enforce any contract between you and KDS, or (5) to act under what KDS reasonably believes to
be exigent circumstances to protect the safety of the public or users of the Site.

(h) OTHER BUSINESS AND COMMERCIAL PURPOSES. KDS may disclose Personal
Information to third parties as reasonably necessary to accomplish the business and commercial
purposes set forth in section 3.1(a) above.
(i) BUSINESS TRANSFERS. In order to accommodate changes in our business, we may merge
with companies, or sell or buy companies or assets of companies, including the information
collected through the Site. Upon acquisition of KDS, a line of business of KDS, or substantially
all the assets of KDS, customer information will be one of the assets transferred to the acquirer.
KDS reserves the right to disclose and transfer all information collected through the Site: (1) to a
subsequent owner, co-owner or operator of the Site or applicable database; or (2) in connection
with a corporate merger, consolidation, restructuring, the sale of certain of KDS ownership
interests, assets, or both, or other change, including, without limitation, during the course of any
due diligence process. In addition, KDS may share the information collected through the Site
with its parent entity, subsidiaries, and affiliates, primarily for business and operational purposes.
Should such an event occur, KDS will use reasonable means to notify you through a prominent
notice on the Site. By sharing your Personal Information with KDS, you are giving KDS consent
to transfer your Personal Information to a third party in an asset transfer described here.
3.3. HOW DO THIRD PARTIES COLLECT AND USE YOUR INFORMATION?
Third parties collect and use information about you on or through our Site in the following way:
(a) ADVERTISERS. Advertising agencies, advertising networks, and other companies who

place ads on our website may use their own cookies, Web beacons, and other technology, to
collect information about you. We do not control the use of such technology and have no
responsibility for the use of such technology to gather information about you.
(b) HYPERLINKS. Our website and email messages sometimes contain hypertext links to
websites owned by third parties. We are not responsible for the privacy practices or the content
of such other websites. These links are provided for your convenience and reference only. We do
not operate or control any information, software, products, or services, available on these third-
party websites. The inclusion of a link on our website does not imply any endorsement of the
services, products or website, or its sponsoring organization.
(c) SCRIPTS. We use certain scripts provided by third-party service providers, such as, by way
of example and not limitation, Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya"), ActiveProspect,
Inc. (including its TrustedForm service) and Mouseflow, Inc., to independently document users'
consent to be contacted, including those users' "prior express consent" has been provided as
required by the Telephone Consumer Protection Act (47 USC § 227), and its implementing
regulations adopted by the Federal Communications Commission (47 CFR § 64.1200), as
amended from time-to-time ("TCPA"). These scripts are embedded on our website and collect
the following information when users interact with the page(s) where the scripts are present:
page URL, mouse movements and clicks, contact information inputted by the user, a snapshot of
the page, including IP address of the user's computer, time on the page, date and time that the
script was loaded, as well as the date and time of the various user interactions with the page, and HTTP headers from the user's browser. For more information about the data usage, retention and collection policies and practices of the above-referenced third-party service providers, please click on the links located below:
(1) ActiveProspect Trusted Form Script. Privacy Policy: https://activeprospect.com/privacy-policy
(2) Mouseflow's Script. Privacy Policy: https://mouseflow.com/privacy/

(3) Jornaya's Script. Privacy Policy: https://www.jornaya.com/consumer-privacy-policy/

(d) ANALYTICS. As described above, we use third parties to monitor, analyze and report on the traffic to, from, and within our Site and email messages.

(e) INTERACTIVE SERVICES. If you engage in any interaction with KDS, other users, or any third party via accessing the comments sections associated with blog posts or other interactive features made available on the Site ("Interactive Services"), the Personal Information you submit via the Interactive Services can be read, collected and used by other users of these services, and could be used to send you unsolicited messages or otherwise to contact you without your consent or desire. We are not responsible for the Personal Information you choose to submit via the Interactive Services.

3.4 WHAT DO WE DO WITH OTHER COLLECTED INFORMATION?

(a) ANONYMOUS INFORMATION. We use anonymous information to analyze our Site traffic and usage information, record transactions, and gather demographic information, but we do not examine this information for individually identifying information. In addition, we may use anonymous IP addresses and unique identifiers to help diagnose problems with our server, to administer the Site, or to display content according to your preferences.

(b) DE-PERSONALIZATION. We may make your Personal Information non-personally identifiable by either combining it with information about other users (aggregating your Personal Information with information about other users), or by removing characteristics (such as your name, signature, electronic signature, address or email address) that make the information personally identifiable. This process is known as de-personalizing your information. You grant us a royalty-free, worldwide, perpetual, irrevocable and fully transferable right and license to use your Personal Information in connection with the creation and development of analytical and statistical analysis tools relating to the use of the customer data we collect on the Site.

(c) COOKIES. We may use cookies to: (1) deliver content specific to

your interests; (2) save
your password so you don't have to re-enter it each time you visit the Site; (3) help us remember
and process requests and items in your shopping cart; (4) measure the effectiveness of the Site,
our various offers, products, resources, services, and advertising; (5) keep track of campaigns,
promotions and advertising; (6) improve navigation and other features of the Site; (7) promote
trust and safety on the Site; or (8) provide features and services that are available only through
the use of cookies.
(d) BEHAVIORAL TRACKING/ADVERTISING. We, as well as third-party entities, use
cookies, pixels and other tracking technology (collectively, "Tracking Technology") in connection with the Site for purposes of tracking user activities (such as websites visited,
advertisements selected and pages viewed) after they leave the Site. We and our third-party
partners use this Tracking Technology to target applicable users with advertisements featuring
our products and services, as well as third-party products and services, that may be of interest to
applicable users.
Without limiting the foregoing, we utilize the third-party services of Jornaya and ActiveProspect,
Inc. (including its TrustedForm service) to record Site visits from users, track the Site activity of
such users and to confirm, among other things, that user "prior express consent" has
been provided as required by the TCPA. For further details, please see Jornaya's
privacy policy by clicking here and/or ActiveProspect, Inc.'s privacy policy by clicking here.
In addition, we may use a third-party service to better understand our users' needs and to
optimize our offerings by helping us better understand our users' Site-related experience (e.g.
how much time they spend on which Site pages, which links they choose to click on, what users
do and do not like, etc.). This enables us to build and maintain our offerings with user feedback.
These services use cookies and other technologies to collect data on our users' behavior and their
devices—in particular, the various devices' IP addresses (captured and stored only in

anonymized form), device screen size, device type (unique device identifiers), browser
information, geographic location (country only) and preferred language used to display our
website—and store this information in a pseudonymized user profile. Information collected
pursuant to such services will never be used to identify individual users or to match this
information with additional data on an individual user.
In general, you may be able to disable some, or all, of this tracking activity by utilizing the "Do
Not Track" setting or similar options within most major Internet browsers. In addition, you may
be able to opt-out of this form of tracking utilizing the options made available by the Network
Advertising Initiative or Digital Advertising Alliance.
You can opt out from the creation of a user profile or from the storing of data about your usage
of the Site and third-parties' use of tracking cookies on other websites by following this opt-out
link.
Further, users can opt out of certain Google®-related tracking technology and customize the
Google® Display Network ads that they receive by visiting the Google® Ads Settings at:
http://www.google.com/settings/ads. Google® also recommends installing the Google®
Analytics Opt-out Browser Add-on for your web browser, which is available here:
https://tools.google.com/dlpage/gaoptout. To the greatest extent permissible under applicable
law, we are not responsible for the tracking practices of third parties in connection with the Site.

Google® is a registered trademark of Google, Inc. ("Google"). Please be advised that KDS is
not in any way affiliated with Google, nor are the Site Offerings endorsed, administered or
sponsored by Google.


4. SECURITY
4.1. HANDLING OF DATA.
The Personal Information you provide to us is stored on servers that are located in secured
facilities and protected by protocols and procedures designed to ensure the security of such

information. In addition, KDS employees and agents who have access to your Personal
Information are trained in the maintenance and security of that information. However, no server,
computer or communications network or system, or data transmission over the Internet can be
guaranteed to be 100% secure. As a result, while we strive to protect user information, we
cannot ensure or warrant the security of any information you transmit to us or through the Site
and you acknowledge and agree that you provide such information and engage in such
transmissions at your own risk. Once we receive a transmission from you, we will endeavor to
maintain its security on our systems.
4.2. LOST OR STOLEN INFORMATION.
If you lose control of your password, you may lose substantial control over your personally
identifiable information and may be subject to legally binding actions taken on your behalf.
Therefore, if your password has been compromised in any way, you should immediately change
your password.

4.3. NO REQUIREMENT TO PROVIDE INFORMATION TO USE THE SITE.
You acknowledge and agree that any information or content that you post to the Site is public,
not private, and that you have no expectation of privacy with regard to such information and
content. If you choose to make any of your personally identifiable or other information publicly
available through or in connection with your use of the Site, you do so at your own risk. Because
any information that you post to the Site may be seen and used by others, KDS encourages you
not to disclose any personally identifiable information through your posts to the Site.


5. CALIFORNIA PRIVACY RIGHTS
5.1. If you are a resident of California, the California Consumer Privacy Protection Act
("CCPA") provides you with certain rights regarding your Personal Information.
(a) REQUEST FOR DISCLOSURE REGARDING PERSONAL

INFORMATION. You have
the right to request and receive the following information, for the 12 months preceding the
request:

(1) the categories of Personal Information, as defined by the CCPA and set forth above in section
2.1.(a), that we collect;
(2) the categories of Personal Information, as defined by the CCPA and set forth above in section
2.1.(a), that we share for a business purpose;
(3) the categories of sources, as set forth above in section 2.2., from which the Personal
Information has been collected;
(4) the business or commercial purposes, as set forth above in section 3.1.(a), for collecting
and/or selling the Personal Information;
(5) the categories of third parties, as set forth above in section 3.2., to whom the Personal
Information (by individual category of information) was shared or sold;
(6) the specific pieces of Personal Information collected; and
(7) the specific third parties who received the Personal Information.
(b) CORRECTION, UPDATE, AND DELETION OF PERSONAL INFORMATION. We
maintain a procedure in order to help you confirm that your Personal Information remains correct
and up to date. Following registration, you can sign in to your user account and visit your
personal profile page, where you can deactivate your user account, or review and update your
personalized preferences and registration information, such as: name, mailing address, shipping
address, e-mail address, password, and e-mail notification settings and preferences. (In addition,
many of the mailings KDS may send you, such as newsletters, contain an "unsubscribe" feature
to allow you to opt out of future mailings.)
You may also request that we correct, update or remove Personal Information from our database.
Upon request, we will remove the Personal Information and direct our service providers to
remove the same from their records. We may retain in our files information you have requested
be removed from our active databases for certain purposes, such as to resolve disputes,

troubleshoot problems and enforce our terms and conditions. Further, such prior information may
never be completely removed from our databases due to technical and legal constraints,
including stored "back up" systems. Therefore, you should not expect that all of your Personal
Information to be completely removed from our databases in response to any request you may
submit.
(c) RIGHT TO NON-DISCRIMINATION. We do not discriminate against you for exercising
any of your privacy rights under the CCPA or applicable law, including discrimination in the
form of: denying you goods or services; charging you different prices or rates for goods or
services, including through the use of discounts or other benefits or imposing penalties;
providing you a different level or quality of goods or services; or suggesting that you will receive
a different price or rate for goods or services or a different level of quality of goods or services.
5.2. EXERCISING YOUR CCPA RIGHTS. To exercise the rights described above, please
submit a request to us via email at info@poll2action.com or telephone at (717) 473-7926.


6. CONTACT INFORMATION AND POLICY UPDATES
6.1. CONTACT US.

If you have any questions about this Policy, questions about our practices related to this Site, or
if you live in California and would like to exercise your CCPA rights, please contact us via email
at _____ or via telephone at _____.
6.2. POLICY UPDATES AND CHANGES.
If we decide, at any time, to add to, change, update, or modify this Policy, we will post such
change, update, or modification on this page and update the "Effective Date." Any such change,
update, or modification will be effective immediately upon posting the updated Policy. We will
notify you of any material changes to the Policy by placing a notice on the Site or sending a
notice to the primary email address specified in your user account. It is your responsibility to
review this Policy when visiting the Site to ensure that you continue

to agree with all of its terms.
If at any point you do not agree to any portion of the Privacy Policy then in effect, you must
immediately stop using the Site.

7. VISITORS FROM OUTSIDE THE UNITED STATES

Our offices are located in the United States. If you visit the Site from another country, please be
aware that information you provide to us or that we obtain as a result of your use of the Site may
be processed in and transferred to the United States and will be subject to U.S. law. U.S. privacy
and data protection laws may not be equivalent to the laws in your country of residence. By
using the Site, you consent to the collection, transfer, storage, and processing of information to
and in the United States.

8. GOVERNING LAW

This Privacy Statement is governed by, and construed under, the laws of the United States of
America and the laws of the State of Texas, excluding its choice of law provisions.

Mediation. You agree that, in the event any dispute or claim arises out of or relating to thisPrivacy Statement, you and KDS will attempt in good faith to negotiate a written resolution of the matter directly between the parties.  You agree that if the matter remains unresolved forforty-five (45) days after notification (via certified mail or personal delivery) that a dispute exists, all parties shall join in mediation services in Tarrant County, Texas with a mutually agreed mediator in an attempt to resolve the dispute.  Should you file any arbitration claims, or any administrative or legal actions without first having attempted to resolve the matter by mediation, then you agree that you will not be entitled to recover attorneys' fees, even if you would otherwise be entitled to them.

9. TERMS AND CONDITIONS

Please read the Terms and Conditions governing the use of the Site.



Privacy Policy

Terms & Conditions

Do not sell my information request

Unsubscribe

Disclaimer

Copyright © 2024 Poll2Action.com