## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS, JR., on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KEY DIGITAL STRATEGIES LLC<br><br>Defendant. | Case No. 1:25-cv-02757-VMC |

## L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I, Christopher Horton, one of the attorneys for Defendant in the above-styled action, pursuant to L.R. 5.4 hereby certify that I did serve all parties with the following documents:

1. *Defendant Key Digital Strategies LLC's First Set of Interrogatries*; and

2. *Defendant Key Digital Strategies LLC's First Set of Document Requests*,

via electronic mail upon counsel for Robert Lewis, Jr:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.

350 Lincoln Street, Suite 2400<br>
Hingham, MA 02043<br>
anthony@paronichlaw.com

This <u>20th</u> day of February, 2026.

<i>/s/ Christopher J. Horton</i><br>
Christopher J. Horton<br>
Georgia Bar No. 316644<br>
Blake W. Meadows<br>
Georgia Bar No. 569729

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *L.R. Certificate of Service of Discovery* with the ECF System for the Northern District of Georgia, and served Plaintiff via electronic mail upon counsel for Plaintiff:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

This <u>20th</u> day of February, 2026.

*/s/ Christopher J. Horton*
Christopher J. Horton
Georgia Bar No. 316644
Blake W. Meadows
Georgia Bar No. 569729

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506