**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*, | |
| **Plaintiff,** | **CASE: 1:25-cv-02757-VMC** |
| **v.** | **KEY DIGITAL STRATEGIES, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| **Key Digital Strategies, LLC,** | |
| **Defendant.** | |

**KEY DIGITAL STRATEGIES, LLC'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Key Digital Strategies, LLC ("KDS"), the defendant and counter-plaintiff in the above-styled action, by and through its undersigned counsel, and hereby files this *Defendant Key Digital Strategies LLC's Motion for Summary Judgment* ("Motion"), thereby requesting this Court to grant KDS summary judgment on the following issues of which there is no genuine issue of material fact:

1. Robert Lewis Jr. ("Plaintiff"), the plaintiff in the above-styled action, alleged that KDS violated the Telephone Consumer Protection Act ("TCPA") solely by KDS sending six (6) text messages to Plaintiff.

2. Due to emerging case law in the Eleventh Circuit and a recent decision from the United States Supreme Court, text messages do not constitute "calls" under the TCPA.

1

3.     Because KDS's text messages are not considered "calls," under the applicable section of the TCPA, KDS did not violate the TCPA and judgment should be issued in favor of KDS as to all of Plaintiff's substantive claims.

4.     This Court ordered that Plaintiff must file his motion for class certification by April 6, 2026. Plaintiff failed to file any motion for class certification as of the date of the filing of this Motion for Summary Judgment. Because of Plaintiff's failure to file such motion, this Court should issue a ruling that no class can now be certified, and the above styled action must be limited to only Plaintiff's individual claim.

This Motion is supported by the pleadings filed to date and the corresponding brief, affidavit, and exhibits. In accordance with the Rule 56.1 of the Local Rules of the United States District Court for the Northern District of Georgia, annexed to this Motion is a separate, short and concise statement of undisputed material facts as to which no genuine issue is to be tried.

Dated: <u>April 23, 2026</u>

/s/ Blake W. Meadows
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644
*Attorneys for Defendant*

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506

blake@smithmeadowslaw.com
chris@smithmeadowslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Key Digital Strategies LLC's Motion for Summary Judgment* with the ECF System for the Northern District of Georgia, and served counsel for Plaintiff via electronic mail:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

This <u>23rd</u> day of <u>April</u>, 2026.

/s/ Christopher J. Horton
Christopher J. Horton
Georgia Bar No. 316644
Blake W. Meadows
Georgia Bar No. 569729

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

4

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing has been prepared with Times New Roman, 14 Point font, one of the font point selections approved by the Court in L.R. 5.1C.

Dated: April 23, 2026.

/s/ Blake W. Meadows

Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644

SMITH & MEADOWS LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506
*Attorneys for Defendant Key Digital Strategies, LLC*

5