**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

ROBERT LEWIS, JR., on behalf of himself
and others similarly situated,

      Plaintiff,

    vs.

KEY DIGITAL STRATEGIES LLC

      Defendant.

Case No. 1:25-cv-02757-VMC

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully moves for an extension of time to (1) file his reply in support of his Motion to Dismiss Defendant's Amended Counterclaim and (2) respond to Defendant's Motion for Summary Judgment. In support, Plaintiff states as follows:

1. Plaintiff's reply in support of his Motion to Dismiss is currently due under the Court's scheduling rules.

2. Defendant filed its Response in Opposition to Plaintiff's Motion to Dismiss on April 21, 2026 (ECF No. 33).

3. Defendant filed its Motion for Summary Judgment on April 23, 2026 (ECF No. 34).

4. Plaintiff requests a one-week extension to file his reply in support of the Motion to Dismiss, up to and including May 12, 2026.

5.  Plaintiff further requests a two-week extension to respond to Defendant's Motion for Summary Judgment, up to and including May 21, 2026.

6.  This requested extension is modest and will allow Plaintiff adequate time to prepare thorough and complete briefing.

7.  Counsel for Defendant has confirmed that Defendant does not oppose the requested extensions.

8.  This motion is made in good faith and not for purposes of delay.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadlines as follows:

- Plaintiff's reply in support of his Motion to Dismiss: May 12, 2026;

- Plaintiff's response to Defendant's Motion for Summary Judgment: May 21, 2026.

DATED this 30th day of April, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

2