# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

ROBERT LEWIS, JR., on behalf of himself
and others similarly situated,

      Plaintiff,

    vs.

KEY DIGITAL STRATEGIES LLC

      Defendant.

Case No. 1:25-cv-02757-SCJ

## DECLARATION OF ROBERT LEWIS, JR.
## IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1.     My name is Robert Lewis, Jr. I am over 18 years old. I can testify competently to the undersigned statements.

2.     I am Plaintiff in the above-captioned Action.

3.     I make this declaration in support of Plaintiff's opposition to Defendant's Motion for Summary Judgment. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4.     My telephone number 404-XXX-XXXX is on the National Do Not Call Registry.

5.     My telephone number was registered on the National Do Not Call Registry before I received the text message calls at issue in this case.

6.     I want my number on the National Do Not Call Registry and do not want it removed from the National Do Not Call Registry.

1

Lewis Dec.

7. My telephone number 404-XXX-XXXX is a residential cellular telephone number.

8. I am the user of 404-XXX-XXXX.

9. The 404-XXX-XXXX number is registered in my name and I am the subscriber of record.

10. This number is used for personal, family, and household purposes. I do not use it for business purposes or business use at all.

11. I pay for the telephone number with my personal financial accounts.

12. I have no connection with Key Digital Strategies, LLC, Poll2Action, or any Poll2Action website or campaign, and did not submit my telephone number to any of them.

13. Before receiving the text message calls at issue in this case, I had no relationship with Key Digital Strategies, LLC, Poll2Action, or any Poll2Action website or campaign.

14. Starting on or about April 15, 2025, I received unsolicited text message calls from Key Digital Strategies, LLC, as more fully outlined in my Complaint.

15. On or about April 29, 2025, I replied "Stop" to the unwanted text message calls because I wanted them to stop. My reply of "Stop" was not an

2

Lewis Dec.

admission that I had consented to receive the calls, was not a ratification of any alleged opt-in, and was not an invitation for additional calls.

16. If I opened or reviewed any link contained in any text message call, I did so only after Key Digital Strategies, LLC had already sent me an unsolicited text message call, and only to ascertain who was contacting me illegally and how to stop or document the unwanted communications.

17. I did not intend any such link click, page view, or review of a text message call to consent to the prior calls, to ratify any prior form submission, to agree that some unknown person was authorized to submit my number, or to invite additional marketing communications.

18. I did not visit the Poll2Action website before the text message calls were sent to me. I did not create a Poll2Action account. I did not sign up for Poll2Action. I did not ask Key Digital Strategies, LLC or Poll2Action to send me text message calls.

19. I did not enter my name, my telephone number, my email address, or any other personal information into any Poll2Action form to receive text message calls from Key Digital Strategies, LLC or Poll2Action.

20. I did not check any box consenting to receive calls from Poll2Action, Key Digital Strategies, LLC, or any affiliated company.

Lewis Dec.

21. I did not provide an electronic signature consenting to receive calls, text message calls, emails, or any other marketing communications from Poll2Action or Key Digital Strategies, LLC.

22. I did not agree to any Poll2Action Terms and Conditions, Privacy Policy, any purported Arbitration Agreement, or other contract with Poll2Action or Key Digital Strategies, LLC.

23. I am not and have never been a customer of Key Digital Strategies, LLC, Poll2Action, or any other operator of the Poll2Action website, nor entered into any contract or agreement with them.

24. I have reviewed the other assertions in the Defendant's motion. Most of them are perplexing and utterly false.

25. I have reviewed Defendant's submitted materials that identify the purported form submitter as "shirel price" and the purported email address as priceshirel35@gmail.com.

26. I am not Shirel Price. I do not use the email address priceshirel35@gmail.com. I do not know anyone named Shirel Price.

27. I did not authorize anyone using the name "shirel price," the email address priceshirel35@gmail.com, or any other name or email address to submit my telephone number to Poll2Action or Key Digital Strategies, LLC.

4

Lewis Dec.

28. To the best of my knowledge, no person with authority over my telephone number consented to receive the text message calls at issue in this case from Key Digital Strategies, LLC or Poll2Action.

29. The fact that a website form may contain a checkbox stating that the person submitting the form is an "authorized user" does not make that statement true as to me. I did not make that representation, and I did not authorize anyone else to make it for me.

30. As a consumer protection advocate, I have filed several lawsuits alleging violations of the Telephone Consumer Protection Act.

31. My actions in investigating and filing suit against the senders who illegally call me does not place me in a position to invite the calls or deprive me of the injury these calls inflict upon me. Rather, my engagement with the senders who text me occurs only during the course of the illegal and unsolicited calls that they send to me on their own accord, without any interaction nor intervention from me. This engagement, in turn, only allows me to identify the senders who break the law by concealing their identities.

32. To be clear, I do nothing to precipitate the illegal text message calls which are sent to me. I do not want these communications, but they continue to be sent to me. They are highly annoying and disruptive and therefore harmed me.

Lewis Dec.

33.    I do not welcome nor invite these illegal text message calls and have taken measures for them to stop, including by placing my number on the Do Not Call Registry, as outlined above, and holding those who call me accountable for their actions.

34.    I was harmed by the Defendant's text message calls. Illegal text message calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude. They intruded on my privacy, interrupted my personal phone use, and required my time and attention to review, investigate, document, and stop them.

35.    My number is on the Do Not Call Registry, and I did not provide any consent for anyone to send the text message calls to me.

36.    I do not and have never welcomed nor wanted illegal text message calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to call me in violation of the TCPA.

37.    Nothing in this declaration should be read as agreeing that Defendant's purported records are complete, accurate, admissible, or sufficient to prove that I, or any person with authority over my telephone number, consented to receive the text message calls at issue in this case. I dispute that I consented, and I dispute that any person with authority over my number consented on my behalf.

6

Lewis Dec.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 19th day of May, in the United States of America,**

**Robert Lewis, Jr.**

7

Lewis Dec.