**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated*, <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Key Digital Strategies, LLC,** <br><br> **Defendant.** | **CASE: 1:25-cv-02757-VMC** <br><br> **KEY DIGITAL STRATEGIES, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS** |

**KEY DIGITAL STRATEGIES, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

COMES NOW, Key Digital Strategies, LLC ("KDS"), the defendant and counter-plaintiff in the above-styled action, by and through its undersigned counsel, and hereby files this *Key Digital Strategies, LLC's Reply to Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Plaintiff's Statement of Additional Material Facts*, thereby responding to the additional material facts Robert Lewis Jr. ("Plaintiff"), the plaintiff in the above-styled action, stated in his *Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Plaintiff's Statement of Additional Material Facts* ("Plaintiff's Additional Stated Facts") by stating the following:

1

**Responding to Plaintiff's Additional Stated Facts**

1.    Plaintiff is the subscriber and customary user of the cellular telephone number ending in 4154, which he uses for personal, family, and household purposes and pays for from his personal accounts. (Lewis Decl. ¶¶ 4, 7-11.)

**Response: KDS objects that Plaintiff's evidence does not indicate the telephone number referenced above. The referenced sections of the Declaration of Robert Lewis, Jr. ("Lewis Declaration") and all other sections of the Lewis Declaration never identify Plaintiff's telephone number. All mentions of a telephone number in the Lewis Declaration state: "(404) XXX-XXXX." (Doc. 38-1 ¶¶ 4, 7-11).**

2.    Plaintiff's telephone number has been registered on the National Do-Not-Call Registry since well before April 2025. (Lewis Decl. ¶¶ 4-5.)

**Response: KDS objects that Plaintiff's evidence does not indicate the telephone number that Plaintiff registered with the National Do-Not-Call Registry. The referenced sections of the Lewis Declaration and all other sections of the Lewis Declaration never identify Plaintiff's telephone number. All mentions of a telephone number in the Lewis Declaration state: "(404) XXX-XXXX." (Doc. 38-1 ¶¶ 4, 7-9).**

3.      The opt-in record on which KDS relies identifies "shirel price" at the email address priceshirel35@gmail.com, a person other than Plaintiff. (ECF 34-2, Ex. 2; Graves Aff. ¶¶ 5-6; Lewis Decl. ¶¶ 25-27.)

**Response: KDS objects that this evidence is immaterial to *Key Digital Strategies, LLC's Motion for Summary Judgment* ("KDS's Motion"). KDS's Motion centers on the legal issue of whether text messages are prohibited under 47 U.S.C. § 227(c)(5). (Doc. No. 34-1). Therefore, consent is not at issue in KDS's Motion. Notwithstanding the foregoing, KDS concedes only that KDS received an opt-in with the following information: (1) "Shirel" as a first name, (2) "Price" as a last name, (3) (404) 435-4154 as the telephone number, and (4) priceshirel35@gmail.com as the email. (Doc. No. 34-3 at Ex. 1, ¶ 5).**

4.      Plaintiff is not Shirel Price, does not use the email address priceshirel35@gmail.com, does not know Shirel Price, never submitted his telephone number to Poll2Action, never created a Poll2Action account, and never authorized any third party to submit his number or consent on his behalf. (Lewis Decl. ¶¶ 18-29.)

**Response: KDS objects that this evidence is immaterial to KDS's Motion. KDS's Motion centers on the legal issue of whether text messages are prohibited under 47 U.S.C. § 227(c)(5). (Doc. No. 34-1). Therefore, consent is not at issue in KDS's Motion.**

5.      Between on or about April 15 and April 29, 2025, KDS sent at least six unsolicited marketing text message calls to Plaintiff's cellular telephone number on the National Do Not Call Registry. (SUMF ¶ 10; Graves Aff. ¶¶ 4, 45-47; Lewis Decl. ¶¶ 4-5, 14, 35, 37.)

**Response:   KDS concedes that KDS sent text messages to a telephone number that may belong to Plaintiff between on or around April 15, 2025, and April 29, 2025. However, KDS objects to the extent that Plaintiff attempts to assert a legal conclusion by using the term "text message calls" to insinuate, in some form, that text messages constitute calls.**

6.      KDS transmitted each of those messages as a text directed to Plaintiff's cellular telephone number; the messages were telephone-to-telephone communications addressed to a telephone number, and KDS placed no live voice call. (SUMF ¶ 13.)

**Response:   KDS concedes that KDS sent only text messages to a telephone number that may belong to Plaintiff, and no live call ever occurred between KDS and Plaintiff. (Doc. No. 34-3 at Ex. 1, ¶¶ 13, 41, 46). KDS objects to the extent that Plaintiff attempts to make a legal conclusion that the text messages violate 47 U.S.C. § 227(c)(5) because text messages were sent to a telephone number, which such argument and legal conclusion are argued in *Plaintiff's Opposition to Defendant's Motion for Summary Judgment*. (Doc No. 38 at 5-6).**

Dated: <u>June 2, 2026</u>.

/s/ Blake W. Meadows

Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835-6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

5

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Key Digital Strategies, LLC's Reply to Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Plaintiff's Statement of Additional Material Facts* with the ECF System for the Northern District of Georgia, and served counsel for Plaintiff via electronic mail:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave, Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

This 2nd day of June, 2026.

/s/ Christopher J. Horton
Christopher J. Horton
Georgia Bar No. 316644
Blake W. Meadows
Georgia Bar No. 569729

SMITH & MEADOWS, LLC
215 Greencastle Road, Suite B
Tyrone, GA 30290
(404) 835 6506
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
*Attorneys for Defendant*

6

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing has been prepared with Times New Roman, 14 Point font, one of the font point selections approved by the Court in L.R. 5.1C.

Dated: <u>June 2, 2026</u>.

<u>/s/ Blake W. Meadows</u>
Blake W. Meadows
Georgia Bar No. 569729
Christopher J. Horton
Georgia Bar No. 316644

SMITH & MEADOWS LLC
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
blake@smithmeadowslaw.com
chris@smithmeadowslaw.com
(404) 835-6506
*Attorneys for Defendant*

7